[No. 7,971.—Department Two.]

## DAVID EVANS ET AL. *v.* HENRY JACOB ET AL.

TAXATION OF COSTS—BILL OF EXCEPTIONS—DISCRETION OF COURT.—On an appeal from an order retaxing the appellant's costs, the bill of exceptions contained the sworn memorandum of costs and the respondents' motion to retax the same, and no other documents or evidence.

*Held:* The Court can not determine from the record before it that the Court below erred in its order.

FINDINGS—JUDGMENT—PRACTICE—APPEAL.—Judgment reversed and cause remanded, with directions as in No. 7,942, reported above.

APPEAL, by the defendant, Henry Jacob, from so much of the judgment as fails to give the said defendant a judgment for five hundred inches of water, etc., and from an order striking out certain items of said defendant's costs in the Superior Court of the County of Trinity.   JONES, J.

*F. P. Dann* and *Clay W. Taylor,* for Appellant.

*John C. Burch,* for Respondents.

The COURT:

We can not determine from the record before us that the Court erred in its order retaxing the appellant's costs, and the order is therefore affirmed.

The judgment is reversed, for reasons stated in *Evans* v. *Jacobs, supra,* and the cause remanded, with directions that the Court below proceed as it is directed to do in that case.